**Order entered December 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00883-CV

### MARTHA BAILEY, Appellant

### V.

### ROBERT HASS AND CANDICE HAAS, Appellees

**On Appeal from the 192nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-03564**

## ORDER

Before the Court is appellant's December 6, 2018 motion for an extension of time to file her amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellant on December 6, 2018 filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE